Honorable Marsha Pechman

```
_____ FILED      _____ ENTERED
_____ LODGED    _____ RECEIVED
```

SA   JUL 13 2005

CLERK U.S. DISTRICT COURT
AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR04-301P |
| Plaintiff, ) | |
| vs. ) | ORDER ALLOWING WITHRAWAL OF COUNSEL AND APPOINTMENT OFCOUNSEL ON APPEAL |
| VENANCIO DELGADILLO URIBE, ) | |
| Defendant. ) | ~~(Proposed)~~ |

This matter having come upon motion of the defendant to proceed *informa pauperis* on appeal, the Court having considered the same, and having concluded that such a request should be granted, now and therefore it is hereby

ORDERED that Nicholas Marchi is allowed to withdraw as counsel and that the matter shall be referred to the magistrate for appointment of counsel on appeal.

DONE this 12 day of July, 2005.

_Marsha Pechman_
Marsha Pechman
United States District Judge

04-CV-00301-ORD

ORDER APPOINTIN COUNSEL - 1

1
2  Presented by:

3  s/Nicholas Marchi
   Nicholas Marchi, WSBA 19982
   CARNEY & MARCHI
4  Attorneys for Defendant

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER APPOINTIN COUNSEL - 2